

# STATE OF MARYLAND
# LETTERS OF ADMINISTRATION
# OF A SMALL ESTATE

Estate No. <u>W98788</u>

I certify that administration of the Estate of

**NAVID NICHOLAS SEPEHRI**

was granted on the <u>12th</u> day of <u>APRIL, 2019</u>,

to <u>FARSHID SEPEHRI</u>

as personal representative(s) and the appointment is in effect

this <u>12th</u> day of <u>APRIL, 2019</u>

☐ Will probated _____
                    (date)

☑ Intestate estate

☐ Unprobated Will - Probate Not Required

*Joseph M. Griffin*

JOSEPH M GRIFFIN

Register of Wills for

MONTGOMERY COUNTY

**VALID ONLY IF SEALED WITH THE SEAL OF THE COURT OR THE REGISTER**

RW1107

ROWNET
11/2009