UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(SOUTHERN DIVISION)

| | | |
|---|---|---|
| FARSHID SEPEHRI *et al*. | : | |
| | : | |
| Plaintiffs | : | |
| | : | |
| v. | : | Case No. 8:20-cv-2608-GJH |
| | : | |
| LEENA NARULA *et al*. | : | |
| | : | |
| | : | |
| Defendants. | : | |

**DEFENDANTS LEENA NARULA, RICKY NARULA AND P & G CORPORATION d/b/a BURKA'S FINE WINE AND LIQUORS MOTION TO DISMISS FOR <u>LACK OF SUBJECT-MATTER JURISDICTION</u>**

Defendants Leena Narula, Ricky Narula and P & G Corporation d/b/a Burka's Fine Wine and Liquors, by counsel, and pursuant to the Federal Rules of Civil Procedure Rules 12(b)(1) and 12(h)(3), file this Motion to Dismiss Plaintiffs' Complaint. As grounds therefore, Defendants respectfully refer this Honorable Court to the attached memorandum of points and authorities.

Respectfully submitted,

CARR MALONEY P.C.

By: */s/ Thomas L. McCally*
Thomas L. McCally, Esq. (Bar No. 06716)
Samantha N. Lewis, Esq. (Bar No. 21318)
Carr Maloney P.C.
2020 K Street, NW
Suite 850
Washington, D.C. 20006
(202) 310-5500 (telephone)
(202) 310-5555 (facsimile)
Tom.McCally@carrmaloney.com
Samantha.Lewis@carrmaloney.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing ***Motion to Dismiss*** was filed and served via the Court's Efiling/Notification System on this 2nd day of November, 2020 to:

>Ali Herischi, Esq.
>Herischi & Associates, LLC
>7201 Wisconsin Avenue, Ste. 440
>Bethesda, MD 20841
>*Counsel for Plaintiffs*

>*/s/ Thomas L. McCally*
>Thomas L. McCally