

## AFFIDAVIT OF LEENA NARULA

1. I am over twenty-one years of age and of sound mind.

2. 3414 Wisconsin Ave. NW Washington, D.C. 20016 was not my dwelling house or usual place of abode on September 10, 2020, the date Plaintiffs' Complaint was filed with this Court.

3. 3414 Wisconsin Ave. NW Washington, D.C. 20016 was not my dwelling house or usual place of abode at any point in time.

4. As of September 10, 2020, I have a dwelling house or usual place of abode at 235 Crown Park Avenue Gaithersburg, Montgomery County, Maryland 20878.

5. I have had a dwelling house or usual place of abode at 235 Crown Park Avenue Gaithersburg, Montgomery County, Maryland 20878 since December 2016.

**I SOLEMNLY SWEAR AND AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT AND IS BASED UPON MY PERSONAL KNOWLEDGE.**

_Leena Narula_       10/21/20
Leena Narula               Date