EXHIBIT B

## AFFIDAVIT OF RICKY NARULA

1. I am over twenty-one years of age and of sound mind.

2. 3414 Wisconsin Ave. NW Washington, D.C. 20016 was not my dwelling house or usual place of abode on September 10, 2020, the date Plaintiffs' Complaint was filed with this Court.

3. 3414 Wisconsin Ave. NW Washington, D.C. 20016 was not my dwelling house or usual place of abode at any point in time.

4. As of September 10, 2020, I have a dwelling house or usual place of abode at 13504 Potomac Riding Lane Rockville, Montgomery County, Maryland 20850.

5. I have had a dwelling house or usual place of abode at 13504 Potomac Riding Lane Rockville, Montgomery County, Maryland 20850 since April 2006.

I SOLEMNLY SWEAR AND AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT AND IS BASED UPON MY PERSONAL KNOWLEDGE.

_____        10/21/2020
Ricky Narula                                              Date