UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(SOUTHERN DIVISION)

| | | |
|---|---|---|
| FARSHID SEPEHRI *et al*. | : | |
| Plaintiffs | : | |
| v. | : | Case No. 8:20-cv-2608-GJH |
| LEENA NARULA *et al*. | : | |
| Defendants. | : | |

**ORDER**

UPON CONSIDERATION of Defendants Leena Narula, Ricky Narula and P & G Corporation d/b/a Burka's Fine Wine and Liquors' Motion to Dismiss Plaintiffs' Complaint, and any Opposition or Response thereto, it is, by this Court, this _____ day of _____ 2020,

ORDERED, that the Motion is GRANTED; and it is,

FURTHER ORDERED, that Plaintiffs' Complaint against Defendants Leena Narula, Ricky Narula and P & G Corporation d/b/a Burka's Fine Wine and Liquors is hereby DISMISSED WITH PREJUDICE.

_____
Judge, United States District Court for the
District of Maryland (Southern Division)

Copies to all counsel