UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
[SOUTHERN DIVISION]



| | |
|---|---|
| FARSHID FRANK SEPEHRI; NASRIN SEPEHRI; and FARSHID FRANK SEPEHRI, as the Successor-in-Interest to THE ESTATE OF NAVID SEPEHRI;<br><br>*Plaintiffs,*<br><br>v.<br><br>LEENA NARULA; RICKY NARULA; and P&G CORPORATION D/B/A BURKA'S FINE WINES & LIQUORS;<br><br>*Defendants.* | Civil Action No. 8:20-cv-2608-GJH |

# ORDER

Upon consideration of Plaintiff's **ANSWER TO DEFENDANTS'S MOTION TO DISMISS, TO DISMISAL CLAIMS WITHOUT PREJUDICE**, it is hereby:

**ORDERED** that all claims against Defendants are **DISMISSED WITHOUT PREJUDICE**; The clerk shall close this case.

SO ORDERED.

SIGNED AND ENTERED this 29th day of June, 2021.

_____
George Hazel
United States District Judge